# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARBA ENTERPRISES, INC., A NEVADA CORPORATION,
Appellant,
vs.
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, A CONNECTICUT CORPORATION; ALPINE INSURANCE ASSOCIATES, A NEVADA CORPORATION; AND DWAN WRIDE, AN INDIVIDUAL,
Respondents.

No. 72403

FILED

MAR 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on February 17, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. David M. Jones, District Judge
Mueller Hinds & Associates
Foran Glennon Palandech Ponzi & Rudloff, PC
Hall Jaffe & Clayton, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-10801